UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**TERRANCE MCGEE,**

    **Plaintiff,**

vs.                                                           Case No. 2:13-CV-648-FtM-38DNF

**LEE COUNTY d/b/a LEE TRAN,**

    **Defendant.**

_____/

## JOIN STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, TERRANCE MCGEE, and Defendant, LEE COUNTY d/b/a LEE TRAN, pursuant to Federal Rules of Civil Procedure 41(a), stipulate and agree that the above-captioned action is dismissed *with prejudice,* with each party to bear his/its own fees and costs, except as otherwise agreed by the parties.

    Respectfully submitted this 23rd day of April, 2014.

| **MORGAN & MORGAN, P.A.** | **LEE COUNTY ATTORNEY'S OFFICE** |
|---|---|
| By: */s/Jessica Thorson* | By: */s/ John S. Turner* |
|     Jessica Thorson, Esq. |     John S. Turner, Esq. |
|     Florida Bar No.: 0091676 |     Florida Bar No.: 869570 |
|     jthorson@forthepeople.com |     Trialsection@leegov.com |
|     David S. Oliver, Esq. |     2115 Second Street |
|     Florida Bar No.: 529122 |     PO BOX 398 |
|     doliver@forthepeople.com |     Fort Myers, FL 33902-0398 |
|     20 N. Orange Avenue |     Telephone: (239) 533-2236 |
|     Suite 1600 |     Facsimile: (239) 485-2106 |
|     PO Box 4979 (32802) |     *Attorney for Defendant* |
|     Orlando, FL 32801 | |
|     Telephone: (407) 849-2972 | |
|     Facsimile: (407) 245-3351 | |
|     *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 23, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: John S. Turner, Esq., Lee County Attorney's Office, 2115 Second Street, P.O. Box 398, Fort Myers, FL 33902-0398.

                                                                   */s/Jessica Thorson*